## Commonwealth *v.* Hayward, Appellant.

 Argued September 13, 1968. *Donald H. Lipson,* Assistant Public Defender, for appellant; *W. F. Steigerwalt,* Assistant District Attorney, with him *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.